IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION



| | |
|---|---|
| RODGER DWAYNE STEPHENSON, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | 2:19-CV-222-Z-BQ |
| § | |
| GRAY COUNTY SHERIFF DEPT., *et al.*, § | |
| § | |
| Defendants. § | |

## ORDER

Before the Court are the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, filed November 24, 2020 (ECF No. 33) ("FCR"). The FCR recommends the Court dismiss with prejudice Plaintiff's claims against various persons and entities in Gray County: (1) the county jail and jail administrator Burns, (2) the district attorney and county district court, and (3) the county sheriff's department. It further recommends the Court dismiss with prejudice Plaintiff's claim against Deputy JC Skinner for conversion and Plaintiff's request for release from jail. Plaintiff did not file objections, and the time to do so has now expired.

After an independent review of the pleadings in this case and the FCR, the Court concludes all findings and conclusions are correct. It is ORDERED that the FCR is ADOPTED. Plaintiff's claims against Burns, the Gray County District Attorney, Gray County Sheriff's Department, Gray County Jail Center, and Gray County 31st District Court are DISMISSED WITH PREJUDICE, as is Plaintiff's claim against Skinner for conversion and his request for release from jail.

**SO ORDERED.**

December 16, 2020

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE