IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION



| | | |
|---|---|---|
| RODGER DWAYNE STEPHENSON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:19-CV-222-Z-BQ |
| | § | |
| GRAY COUNTY SHERIFF DEPT., et al., | § | |
| | § | |
| Defendants. | § | |

## ORDER

Before the Court are the findings, conclusions, and recommendation of the United States Magistrate Judge advising that the District Court should grant in part Defendants J.C. Skinner and Nathan Smith's (collectively, Defendants) motion to dismiss under Rule 12(b)(6) of the Federal Rules of Civil Procedure. Specifically, the Magistrate Judge recommends that the District Court dismiss Plaintiff's claims against Defendants in their official capacities. Plaintiff did not file objections, and the time to do so has now expired.

After making an independent review of the pleadings in this case, and the findings, conclusions, and recommendation of the magistrate judge, the Court concludes that the findings and conclusions are correct. It is therefore **ORDERED** that the findings, conclusions, and recommendation of the magistrate judge are **ADOPTED**, and Plaintiff's official capacity claims against Defendants J.C. Skinner and Nathan Smith are **DISMISSED** with prejudice. It is further **ORDERED** that Defendants shall answer or otherwise respond to Plaintiff's individual capacity claims against them within twenty-one days from the date of this Order.

**SO ORDERED.**

Dated: March 30, 2021

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE

2